in the Gillespie Case the person injured was a servant of the defendant, and questions were raised which grew out of the relation of master and servant. Those questions are not in this case, but in all other respects there is no difference between the two cases, and the conclusion we have reached in the Gillespie Case requires the affirmance of the judgment in this case also.

HALLING, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1897.) Action by Matilda Halling, as administratrix, against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HAMILTON, Respondent, v. HAMILTON, Appellant. (Supreme Court, Appellate Division. Second Department. December 30, 1896.) Action by Henry Hamilton against William H. Hamilton. No opinion. Reargument ordered.

HANN, Respondent, v. WEBER, Appellant. (City Court of New York, General Term. November 30, 1896.) Action by Howard D. Hann against Louise Weber. Nicholas & Bacon, for appellant. Earley & Predergast, for respondent.

CONLAN, J. Appeal from a judgment entered on the verdict of a jury in favor of the plaintiff and against the defendant, and from an order denying a motion for a new trial. The action is one for broker's commissions on the exchange of real estate. The evidence of the plaintiff tended to show the employment of the plaintiff by the defendant to sell or exchange her property at No. 169 West 115th street. That about October 12th plaintiff did procure and bring her a person wishing to exchange his property, No. 69 East 104th street, for the property of the defendant, and that she consented to the exchange. This testimony is denied by the defendant, and the questions of fact thus raised were fairly submitted to the jury. If there was any error in the admission of the deeds, as urged by the appellant, it was cured by the judge's charge upon the defendant's request. The judgment and order are affirmed, with costs.

HANNON, Respondent, v. GALLAGHER. Appellant. (City Court of New York, General Term. December 10, 1896.) Action by John Hannon against Patrick Gallagher. George S. Hastings, for appellant. John J. Jeroloman, for respondent.

PER CURIAM. Appeal from a judgment entered upon a verdict in favor of the plaintiff, and from an order denying a motion for a new trial. Reargument ordered at the December general term.

HARRISON, Appellant, v. NUGENT et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1896.) Action by Edward H. Harrison, as receiver, etc., against Terence Nugent and others. No opinion. Judgment affirmed, with costs.

HECK, Respondent, v. MAYOR, ETC., OF CITY OF NEW YORK, Appellants. (Supreme Court, Appellate Division, First Department.

December 18, 1896.) Action by Charles H. Heck against the mayor, etc., of the city of New York. J. J. Delany, for appellants. W. A. Purrington, for respondent. No opinion. Judgment affirmed, with costs.

HEWITT, Respondent, v. CHADWICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Edwin H. Hewitt against John Chadwick. W. B. Simson, for appellant. P. M. Sullivan, for respondent. No opinion. Judgment affirmed, with costs. See 40 N. Y. Supp. 144.

HILL, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Thomas Hill, Jr., against Abram L. Warner. No opinion. Judgment affirmed, with costs. Held, that inasmuch as no exception was taken by the defendant to the refusal of the court to submit certain questions of fact to the jury, or to the direction by the court of a verdict in favor of the plaintiff, no question is presented for the consideration of this court.

HUDA, Appellant, v. AMERICAN GLUCOSE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Mary Anna Huda, as administratrix, etc., against the American Glucose Company. No opinion. Plaintiff's exceptions overruled. Motion for a new trial denied, and judgment ordered for the defendant, with costs, on the opinion reported in 13 Misc. Rep. 657, 34 N. Y. Supp. 931.

HUTCHINSON v. HEALEY. (Supreme Court, Appellate Division, First Department. January 15, 1897.) Action by Susanna Hutchinson against John Healey. No opinion. Motion granted, with $10 costs.

KAISER, Respondent, v. LATIMER, Appellant. (Supreme Court, Appellate Division, Second Department. December 22, 1896.) Action by Henry M. Kaiser against Frederick B. Latimer. No opinion. Motion for reargument denied, without costs. See 41 N. Y. Supp. 94.

KAPLAN v. NEW YORK BISCUIT CO. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by Simon Kaplan against the New York Biscuit Company. No opinion. Motion to resettle order granted.

KEEGAN et al., Appellants, v. SMITH, Respondent. (City Court of New York, General Term. December 12, 1896.) Action by James Keegan and others against John Smith. D. McMahon, for appellants. A. M. Clute, for respondent.

PER CURIAM. The judgment herein is affirmed for the reason assigned by the trial justice in his opinion. 39 N. Y. Supp. 826.

In re KERFOOT'S ESTATE. (Supreme Court, Appellate Division, First Department. December 22, 1896.) No opinion. Decree affirmed, with costs to be paid by the appellants Thompson personally.